CANADY, J.,
concurring in part and dissenting in part.
I concur with the decision to affirm the denial of relief regarding Hodges’s conviction. But I dissent from the decision to require a new penalty phase. As I have previously explained, Hurst v. Florida, — U.S. —, 136 S.Ct. 616, 193 L.Ed.2d 504 (2016), should not be given retroactive effect. See Mosley v. State, 41 Fla. L. Weekly S629, S641-44, 209 So.3d 1248, 1274-83, 2016 WL 7406506 (Fla. Dec. 22, 2016) (Canady, J., concurring in part and dissenting in part).
POLSTON and LAWSON, JJ., concur.